IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER D'AGOSTINO,** : | |
| Plaintiff, : | CIVIL ACTION NO. 11-7728 |
| : | |
| v. : | |
| : | |
| **MONTGOMERY COUNTY, et al.,** : | |
| Defendants. : | |
| : | |

# O R D E R

**AND NOW,** this 9th day of February 2012, upon review of Defendant's Motion to Dismiss [Doc. No. 5] and Plaintiffs's Response thereto [Doc. No. 9], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**